Calvin R. BRAWNER, d/b/a Cal's Used Cars, et al.

v.

The Honorable Robert ARELLANO, Judge, et al.

No. C–7957.

Supreme Court of Texas.

Oct. 26, 1988.

The Supreme Court granted relator's motion for leave to file petition for writ of mandamus on October 11, 1988. The parties now advise by letter that the underlying lawsuit is settled and request that the cause be dismissed as moot. Accordingly, the Supreme Court now dismisses the petition for writ of mandamus as moot, pursuant to Rule 133(c), Tex.R.App.P.